UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:05-Cr-530-T-30EAJ |
| HEBERT FERRELL, JR., et al., | : |
| Defendants. | : |

## WRIT OF ENTRY

THIS CAUSE comes before the court upon the filing of the Motion of the United States of America for a Writ of Entry (Dkt. #258) as to real property located at 13003 Whisper Bay Place, Tampa, Florida, pursuant to 28 U.S.C. § 1651, and 21 U.S.C. § 853(e)(1)(A), for the purpose of inspecting the property, taking inventory, and securing the property. The court, being fully advised in the premises, hereby finds that the United States has established probable cause for a writ of entry.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the United States' motion (Dkt. #258) is GRANTED.

IT IS FURTHER ORDERED that the United States Marshals Service or its designees be authorized:

1. to enter the real property located at 13003 Whisper Bay Place, Tampa, Florida, including any structures, on one or more occasions during the pendency of the criminal forfeiture action against the real property, for the

purpose of conducting an inspection, taking inventory, and securing the real property;

2. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection, taking inventory, and securing the real property, which inspection and inventory may include, among other means, still and video photography; and

3. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under the Writ of Entry.

**DONE** and **ORDERED** in Tampa, Florida on August 4, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.Writ of Entry.wpd

2