UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 8:05-Cr-530-T-30EAJ

HEBERT FERRELL, JR.,

    Defendant.

## FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #654) by the United States for a Final Order of Forfeiture for the following substitute asset in partial satisfaction of defendant Herbert Ferrell, Jr.'s $896,000.00 forfeiture money judgment:

> Real property located at 14906 Greeley Drive, Tampa, Florida 33625, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 26, Block 2, EASTBROOK, according to the plat thereof recorded in Plat Book 58, Pages 59-1 through 59-4 Inclusive, of the Public Records of Hillsborough County, Florida.  TAX FOLIO #:2955.7594.
>
> Parcel Identification Number: U-36-27-17-03C-000002-00026.0.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion (Dkt. #654) of the United States is GRANTED.

It is further ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7),

and Fed. R. Crim. P. 32.2(c)(2) .

It is further ORDERED that the United States Marshals Service be and is hereby given full possession and control of the property for disposition pursuant to law.

It is further ORDERED that any and all outstanding *ad valorem* taxes and *non-ad valorem* assessments, through the date of forfeiture, be paid to the Hillsborough County Tax Collector at the time of sale.

It is further ORDERED that the United States and Claimants Becky Ferrell, Federal Home Loan Mortgage Corporation, and SunTrust Bank comply with their respective Stipulated Settlement Agreements. (Dkt. Nos. 577, 647, and 638).

IT IS FURTHER ORDERED that the net proceeds to the United States from the sale, after all expenses, shall be credited towards defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida on December 7, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.ferrell 654.wpd