UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No.  8:05-Cr-530-T-30EAJ

RIGOBERTO SAME, JR.,

    Defendant.

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #657) by the United States for a Final Order of Forfeiture for the following substitute asset in partial satisfaction of defendant Rigoberto Same, Jr.'s $946,000.00 forfeiture money judgment:

> $15,105.79 in net sales proceeds for the real property located at 10136 Tranquility Way, Tampa, Florida.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion (Dkt. #657) of the United States is GRANTED.

It is further ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) .

```
```
Case 8:05-cr-00530-JSM-EAJ   Document 658   Filed 12/12/07   Page 2 of 2 PageID 1939

It is further ORDERED that the United States Marshals Service be and is hereby given full possession and control of the property for disposition pursuant to law.

The court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any other property, belonging to the defendant, that the United States is entitled to seek as substitute assets.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.sub asset 657.wpd